**UNITED STATES DIRECTRICT COURT**
**SOURTHERN DISTRICT OF NEW YORK**

---

**MAURICE GOODE**,

                 Plaintiff,

   -against-

**THE CITY OF NEW YORK; CO**
**HURD; and JOHN/JANE DOES 1-10,**

              Defendants.

**NOTICE OF APPEARANCE**

Case No. 1:23-cv-02533

---

To: The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: MAURICE GOODE.

Dated:  New York, New York
       April 13, 2023

Rickner PLLC

By:       /s/

   Rob Rickner

14 Wall Street, Suite 1603
New York, New York 10005
Phone: (212) 300-6506
Fax: (888) 390-5401
*Attorney for Plaintiff*

Served via ECF on:
All Parties of Record