```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    23cv2533 (DLC)
MAURICE GOODE,                          :
                                        :         ORDER
                            Plaintiff,  :
                                        :
            -v-                         :
                                        :
CITY OF NEW YORK, et al.,               :
                            Defendants. :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

   Having received the parties' letters of June 13, 2023, it is hereby

   ORDERED that a telephone conference is scheduled for **June 16, 2023 at 3:00 pm.** The parties shall use the following dial-in credentials for the telephone conference:

>      Dial-in:        888-363-4749
>      Access Code:    4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         June 13, 2023

                                          _____
                                                  DENISE COTE
                                          United States District Judge