

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

FELIX DE JESUS
*Assistant Corporation Counsel*
felixdej@law.nyc.gov
Phone: (212) 356-2377
Fax: (212) 356-1148

June 14, 2023

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

*[handwritten: The conference is rescheduled from 6/16 to 6/26 at 3:00 p.m. /s/ Denise Cote 6/14/23]*

Re:   Maurice Goode v. City of New York, et. al., 23-CV-2533 (DLC)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York (hereinafter "City") in the above-referenced action. For the reason set forth herein, defendant writes to respectfully request that the Court (1) adjourn the conference scheduled for June 16, 2023 at 3:00 p.m. to June 26, 2023, or to another date and time convenient to the Court, and (2), if Your Honor grants said adjournment request, an extension of the deadline to respond to the Complaint until the day of the adjourned conference. Plaintiff consents to both requests.

      By way of background, plaintiff alleges that, on or about September 18, 2021, he was sent to Rikers Island where he, along with other inmates, were left shackled on a bus for 18 hours because there were not enough staff members to process the new detainees. *See* Compl. ¶¶ 27-29. As a result, plaintiff alleges that they did not have access to bathrooms, food, water, or any other basic services. *Id.* at ¶ 30. Plaintiff further alleges that, approximately one day later after he disembarked from the bus and was allowed into the intake area, he was forced to sleep standing up for several days which caused plaintiff pain and swelling to his legs. *Id.* at ¶¶ 34. Plaintiff further alleges that at one of his new units he was threatened by gang members and, after being transferred to a new unit, he was assaulted by several inmates. *Id.* at ¶¶ 39-48. Plaintiff further alleges that when he requested to be seen at an outside hospital for a full assessment of his injuries following his assault, the request was denied. *Id.* at ¶ 50. Last, plaintiff alleges that he went without his antipsychotic medication for the entirety of his detention even after a suicide attempt on October 8, 2021 which resulted in him going to Lincoln Hospital where he was diagnosed with major depressive disorder. *Id.* at ¶¶ 64-68. Plaintiff now brings, *inter alia*, § 1983 claims for unconstitutional conditions of confinement, failure to protect, and municipal liability, along with other claims.

On June 13, 2023, following defendant's letter motion to compel plaintiff to produce a signed § 160.50 release along with plaintiff's response and defendant's reply, Your Honor scheduled a telephone conference for June 16, 2023 at 3:00 p.m. *See* Civil Docket ¶ 11-14. However, the undersigned will be out of the country from June 15, 2023 to June 24, 2023. As the undersigned is most familiar with the case, the undersigned should be the attorney to attend the conference.[1]

For these reasons, defendant respectfully requests a brief adjournment of the conference currently scheduled for June 16, 2023 at 3:00 p.m. to June 26, 2023.

Thank you for your consideration herein.

Respectfully submitted,

*Felix De Jesus*

Felix De Jesus
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
*All attorneys to be noticed*

---

[1] While the undersigned was on grand jury duty, so that this Office would receive any ECF notifications, my supervisor, Rachel Seligman, filed an extension request on this matter. At that time, she further indicated that "[t]his matter is being handled primarily by Assistant Corporation Counsel Felix DeJesus." *See* Civil Docket ¶ 7, n.1. I have conferred with Ms. Seligman to ascertain whether she is available in my absence to attend Friday's conference and I am informed that she is otherwise engaged in another matter on Friday, June 16, 2023.