```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    23cv2533 (DLC)
MAURICE GOODE,                          :
                                        :        ORDER
                     Plaintiff,         :
                                        :
           -v-                          :
                                        :
CITY OF NEW YORK, et al.,               :
                     Defendants.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On June 13, 2023, defendant City of New York (the "City") moved to compel the plaintiff to produce a signed unsealing release pursuant to New York Criminal Procedure Law §§ 160.50 and 160.55 ("Release"). That same day, the plaintiff responded, and the City replied. A conference was held on June 26. It is hereby

ORDERED that the City's June 13 motion to compel is granted. The plaintiff shall produce the signed Release by **July 7, 2023**.

IT IS FURTHER ORDERED that the City shall answer or otherwise respond to the complaint by **July 21, 2023**.

Dated:   New York, New York
         June 26, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge