```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    23cv2533 (DLC)
MAURICE GOODE,                           :
                                         :      PRETRIAL
                        Plaintiff,       :   SCHEDULING ORDER
              -v-                        :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

     As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on July 21, 2023, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The defendants shall answer or otherwise respond to the first amended complaint by **August 2, 2023.**

2. By **September 29, 2023**, the parties shall file a status report on the identification of the individual defendants, any service issues for the individual defendants, and a proposed schedule for the filing of an amended complaint.

3. This case will be referred to mediation. The Clerk of Court will contact the parties when a mediator has been selected.

4. All fact discovery must be completed by **April 5, 2024.**

5. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by **May 26, 2024.** Defendants' identification of experts and disclosure of expert testimony must occur by **June 16, 2024.**

6. All expert discovery must be completed by **July 14, 2024.**

7. By **July 26, 2024,** the defendants shall file a letter notifying the Court if they intend to move for partial

    summary judgment and if so, propose a schedule for such a motion.

8. In the event no motion is filed, the Joint Pretrial Order must be filed by **August 23, 2024.**

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

    SO ORDERED:

Dated:     New York, New York
          July 21, 2023

                                      DENISE COTE
                              United States District Judge