

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, N.Y. 10007

**JOSEPH A. RUSSO**
*Assistant Corporation Counsel*
phone: (212) 356-2376
fax: (212) 356-3509
jorusso@law.nyc.gov

April 10, 2024

**BY ECF**
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    Maurice Goode v. the City of New York, et al.,
                 23-CV-02533 (DLC)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. On behalf of the parties, I write to inform the Court that we have reached an agreement in principle to resolve this case. However, the parties respectfully request thirty (30) days to file a stipulation of settlement as we work to finalize the details of our agreement. The parties also respectfully request that all pending deadlines and conferences be adjourned *sine die*.

      We thank the Court for your consideration of these requests.

                                  Respectfully submitted,

By: _____
        Joseph A. Russo
        *Assistant Corporation Counsel*
        Special Federal Litigation Division

2

cc:  **By ECF**
*All Counsels of Record*